IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97CR80 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD PAYTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is the defendant's motion to reduce his sentence pursuant to the crack cocaine Amendment 706. The defendant's eligibility for a reduction in sentence has been contested by the parties. Accordingly,

IT IS ORDERED that both the government and defense counsel shall file briefs in this matter within 30 days of the date of this order.

DATED this 19st day of June, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge